United States District Court
Southern District of New York
Desmond M. Witherspoon



Plaintiff,
Desmond M. Witherspoon

-vs-

Defendant(s)
Duns & Bradstreet, Dave & Busters, Asis, Titan
Don Diva, Dubb magazine, House of Nubian Inc
Nightclub Association, Time Warner, Cablevision System
Corp., Iavm (venue Connect), DFG Recording Studio
New York Police Department; Officer tax No. 952240
Burlington Co. College, Guns & Ammo, Atlantic tactical,
Reel Creative Studio's, Levy Production Group, GNC,
make leather inc, Beanie Sigel, Meek mills, Dej Loaf
Rich Porter, Providence, Clearence Hestler, John
Latimore, Hurb, Lamborghini, Christie's Int. Realty
Live mixtapes, Fila, 40/40 club, Samenl Witherspoon,
Josephine Bell-Witherspoon

Complaint

15CV 6543

Duns & Bradstreet: 103 JFK Parkway Short Hills, N.J. 07078
Dave & Busters: 2481 Manana Dr. Dallas, TX 75220
Asis: 1202 Lexington Ave Suite 317 New York, N.Y.
Titan: 100 Park Ave Suite 610 New York, N.Y.
Don Diva: 603 W 115 st New York, N.Y. 10015 Suite 313
House of Nubian inc: P.O. Box 3510 Jersey City, New Jersey 07303
Nightclub Association: 1090 Vermont Ave NW #910 Government Correspondents
Time Warner: 60 Columbus Circle New York, N.Y 10023
Cablevision System corp: 1111 Stewart Ave Bethpage, N.Y. 11714
Iavm (Venue Connect): 635 Frit Dr. Suite 100 Cappell, TX 75019
Dubb Magazine: 11803 Smith Ave Sante Fe Springs C.A. 90670
DFG Recording Studio: 56 Oakwood Ave Orange, N.J. 07050
New York Police Department: 5th precient: 19 Elizabeth st/ 40 centre st. N.Y, NY
Officer Tax No. 952240
Burlington Co. College: 601 Pemberton Browns mills Rd Pemberton, N.J.
Gun & Ammo: P.O. Box 37539 Boone, IA
Atlantic Tactical: 72-25 Queens Blvd Woodside, N.Y.
Reel Creative Studio's: 1216 w 29th st ste. 3E-1 (3rd Fl) New York, N.Y. 10001
Levy Production Group: 5905 Decatur Blvd Los Vegas, CA. 8918
GNC: 300 Sixth Ave Pittsburg, P.A. 15222
Make Leather inc.: 8533 Washington Blvd Culver City, C.A. 90232
Hurb's 880 California St. ste. 300 San Fran. C.A. 94104-1024
Lamborghini: 2772 Donald Douglas loop N Santa Monica, C.A. 90405
Christie's Int Realty: 20 Rockerfeller Plaza New York, N.Y.
Live mixtapes: 9401 Mentor Ave #160 Mentor, OH 44060
Fila: 340 Madison Ave #3 New York, N.Y.
40/40 Club: 6 West 25th st New York, N.Y. 10010

This court is invoked in pursuit to:

Statement of claim:

Remedy: Service Agreement

_____

/s/

Desmond M. Witherspoon

United States District Court
Southern District of New York
Desmond M. Witherspoon

Plaintiff,

Desmond M. Witherspoon

-vs-

Latoya Rivera

BAR NOTICE:

Reffer to Latoya Rivera case number 15-cv-4328 (LAP)

Pro se cf
8/18/15


USMS SDNY

To: United States District Court
Southern District of New York
(Clerks Office)
500 Pearl St N.Y., N.Y.

From: Desmond M. Witherspoon
290 Ninth Av New York NY Loool